| Return | | |
|---|---|---|
| Case No.:<br>19-SW-00050-LMC | Date and time warrant executed:<br>28 Feb 19 | Copy of warrant and inventory left with:<br>FRANCESCA BENNETT |
| Inventory made in the presence of :<br>SA CHAD MAZE | | |
| Inventory of the property taken and name of any person(s) seized: | | |
| One grey and purple 8GB Kingston DT50 flash drive containing the contents from email "kirito24315@yahoo.com". | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5 Mar 19

SA FRANCESCA JACKSON

*Executing officer's signature*

JACKSON.FRANCESCA.ELAINE.1458520760
Digitally signed by JACKSON.FRANCESCA.ELAINE.1458520760
Date: 2019.03.05 12:40:24 -06'00'

*Printed name and title*